UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,           )<br>                                              )<br>     v.                                     )     1:22-cr-00108-JAW<br>                                              )<br>JOSEPH COUNTS,         )<br>                                              )<br>          Defendant         ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on September 14, 2022 his Recommended Decision (ECF No. 3).  The Defendant, proceeding pro se, did not file an objection but instead on September 29, 2022, filed a motion for a more definitive statement, setting forth two objections to the Recommended Decision.  *Mot For a More Definitive Statement* (ECF No. 4) (*Def.'s Mot*).  That same day, Mr. Counts filed an affidavit supporting arguments in his motion.  *Aff. in Supp. of Notice of Removal* (ECF No. 5).  On September 30, 2022, the Magistrate Judge denied Mr. Counts' motion for more definitive statement.  *Order* (ECF No. 6).  The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding in this court is necessary.

The Court concludes that the Magistrate Judge properly recommended the remand of Mr. Counts' removed actions; however, Mr. Counts' motion for more definite statement raises two substantive objections that the Court will briefly address. First, Mr. Counts disputes the Magistrate Judge's statement that "Defendant has not provided any facts that would support a finding that his state court proceedings are eligible for removal," countering that he did "provide facts pertaining to . . . showing 'good cause' however inadequate they may have been." *Def.'s Mot.* at 2. Mr. Counts misunderstands the Magistrate Judge's ruling. There are two problems with Mr. Counts' attempt to remove: first, he failed to offer any jurisdictional justification for removing the state criminal cases to federal court; and second, his notice of removal was untimely. *Recommended Decision* at 1-2. The Magistrate Judge's comment that Mr. Counts offered no facts that would support removal refers to the jurisdictional problem, but Mr. Counts' rejoinder addresses the timeliness problem by arguing that he has shown some facts justifying the late filing. Even if the Court ignored the untimeliness of Mr. Counts' filing, it would still remand the proceedings because he offered no facts allowing federal court jurisdiction.

Mr. Counts' second objection is that "the recommendation for remand does not comport with Fed[eral] Rule [of] Civ[il] Proc[edure] 12(h)(3)" and the cases should instead be dismissed. *Pl.'s Mot.* at 3. However, that rule does not apply to criminal proceedings; the relevant statute states that "[i]f it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the

court shall make an order for summary remand." 28 U.S.C. § 1455(b)(4). To comply with the statute, the Court is remanding these cases, not dismissing them.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 3) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that these proceedings be and hereby are <u>REMANDED</u> to Penobscot County District Court.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of October, 2022